IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDWARD KENT HAUERSPERGER, } | | |
| TDCJ-ID NO.873197, } | | |
| Petitioner, } | | |
| v. } | CIVIL ACTION NO. H-05-704 | |
| } | | |
| DOUGLAS DRETKE, Director, } | | |
| Texas Department of Criminal } | | |
| Justice, Criminal Institutional } | | |
| Division, } | | |
| Respondent. } | | |

ORDER OF DISMISSAL

For the reasons stated in the Opinion on Dismissal entered this date, this civil action is DISMISSED without prejudice to refiling after payment of the entire $250.00 filing fee.

SIGNED at Houston, Texas, this 29th day of April, 2005.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE